UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED

05 APR 25 AM 1:...

ROBERT R. DI ...O
CLERK, U.S. DI ...T.
W.D. OF TN, MEMPHIS

U.S.A. vs. ___Marrio Ledlow___                Docket No. ___2:00CR20006-03___

### Petition on Probation and Supervised Release

**COMES NOW** __Marnie Klyman__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of ___Marrio Ledlow___ who was placed on supervision by the Honorable _Jon Phipps McCalla_ sitting in the court at _Memphis, Tennessee_, on the _28th_ day of _September_, 2000, who fixed the period of supervision at _five (5) years*_, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

\* Mr. Ledlow's Supervised Release began on June 6, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

On April 5, 2005, Mr. Ledlow tested positive for marijuana. Mr. Ledlow admitted he used marijuana and he has signed the attached Waiver of Hearing form agreeing to the modification of Supervised Release.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Ledlow's conditions of Supervised Release be amended to include drug testing and treatment as deemed necessary/directed by the U. S. Probation Office.

**ORDER OF COURT**

Considered and ordered this _21_ day of _Apr.l_, 20_05_ and ordered filed and made a part of the records in the above case.

_Jon P. McCalla_
United States District Judge

**Respectfully,**

_Marnie Klyman_
Marnie Klyman
U.S. Probation Officer

Place: ___Memphis, TN___

Date: ___April 20, 2005___

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-25-05_



## United States District Court

<u>    WESTERN    </u> **District**  <u> TENNESSEE </u>

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall participate in a program which may include inpatient therapy for treatment of drug/alcohol dependency, including drug/alcohol testing to determine if you have reverted to the use of drugs/alcohol. You shall also abstain from the use of drugs/alcohol during and after the course of treatment.

Witness: *Marnie Klyman*
MARNIE KLYMAN
U. S. Probation Officer

Signed: *Marrio Ledlow*
MARRIO LEDLOW
Probationer/Supervised Releasee

4-13-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:00-CR-20006 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT